2564 COMPANY, Appellant, *v.* ANGELO D'ADDARIO, Respondent.

Supreme Court, Appellate Term, First Department, November 30, 1961.

*Bernstein & Moche* (*Leonard H. Moche* of counsel), for appellant. *Marinello & Musicant* (*Morris Musicant* of counsel), for respondent.

*Per Curiam.* Where the landlord has presented irrefutable proof that the tenant violated a substantial obligation of his tenancy by repeated and unjustified refusal to pay his rent when due, which necessitated 11 separate dispossess proceedings over a period from October, 1958 to May, 1960, or one every three months, a final order in favor of the landlord should have been granted (*Gilbert* v. *Becker,* 142 N. Y. S. 2d 888; *974 Realty Corp.* v. *Ledford,* 9 Misc 2d 240; *Rental Realty Corp.* v. *Lawrence,* 14 Misc 2d 1070).

· The final order in favor of tenant should be reversed, with $30 costs, and final order directed in favor of landlord as prayed for in the petition, with costs.

Concur — HOFSTADTER, J. P., TILZER and GOLD, JJ.

Final order reversed, etc.